# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2011

Robert P. Young, Jr.,
Chief Justice

142161

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

SC: 142161
COA: 299820
Wayne CC: 09-023464

PETER WALTER MACUGA, II,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 30, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2011

_____
Clerk

t1019